Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiffs
Sean and Tamina Burke

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sean and Tamina Burke<br><br>        Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc., et. al.<br><br><br>        Defendant. | Case No.: 2:20-cv-01513-LA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiffs Sean and Tamina Burke and defendant Experian Information Solutions, Inc. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiffs anticipate filing a dismissal of Experian Information Solutions, Inc. within 35 days once the settlement is finalized.

Dated: November 23, 2020

                                      **Gale, Angelo, Johnson, & Pruett, P.C.**
                                      /s/ *Elliot Gale*
                                      Elliot Gale
                                      Attorney for Plaintiffs