Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiffs
Sean and Tamina Burke

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sean and Tamina Burke<br><br>  Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc., et. al.<br><br><br>  Defendant. | Case No.: 2:20-cv-01531-LA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiffs Sean and Tamina Burke and defendant Equifax Information Services, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiffs anticipate filing a dismissal of Equifax Information Services, LLC within 35 days once the settlement is finalized.

Dated:   January 11, 2021

                                            **Gale, Angelo, Johnson, & Pruett, P.C.**

                                            /s/ *Elliot Gale*
                                            Elliot Gale
                                            Attorney for Plaintiffs