Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiffs
Sean and Tamina Burke

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sean and Tamina Burke<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br><br>Experian Information Solutions, Inc., et. al.<br><br><br><br><br>　　　　　　Defendant. | Case No.: 2:20-cv-01531-LA<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT JPMORGAN CHASE BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiffs Sean and Tamina Burke and defendant JPMorgan Chase Bank, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiffs anticipate filing a dismissal of JPMorgan Chase Bank, N.A. within 35 days once the settlement is finalized.

|  |  |
|---|---|
| Dated:   January 12, 2021 | **Gale, Angelo, Johnson, & Pruett, P.C.**<br>　　/s/ *Elliot Gale*<br>　　Elliot Gale<br>　　Attorney for Plaintiffs |