UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)

_____

| | |
|---|---|
| SEAN AND TAMINA BURKE, | Case No. 2:20-cv-01531-LA |
| Plaintiffs, | Judge: Hon. Lynn Adelman |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC and JPMORGAN CHASE BANK, N.A. | |
| Defendants. | |

_____

## STIPULATION OF DISMISSAL

The parties, Plaintiffs Sean and Tamina Burke, and Defendant JPMorgan Chase Bank, N.A. ("Chase") reached a resolution of this matter and have stipulated to dismissal of the claims with prejudice against Chase and the entry of the attached dismissal order and request that the Court enter the proposed order submitted herewith.

Dated this 5th day of March, 2021.

**Gale, Angelo, Johnson, & Pruett, P.C.**

By: s/ Elliot Gale
Elliot Gale (Bar No. 1119904)
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
Ph: (916) 290-7778
Fax: (916) 721-2767
Email: egale@gajplaw.com
Attorneys for Plaintiffs Sean and Tamina Burke

1

By: s/ Kristina H. Kaluza
Kristina H. Kaluza (Bar No. 1120323)
Michael A. Stephani (Bar No. 1119894)
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 486-1520
Facsimile: (855) 227-5097
Email: kkaluza@dykema.com
       mstephani@dykema.com

*Attorneys for JPMorgan Chase Bank, N.A.*

2

Case 2:20-cv-01531-LA    Filed 03/05/21    Page 2 of 2    Document 24