# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SEAN BURKE and TAMINA BURKE,** <br>       Plaintiffs, <br>   v. <br><br> **EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC and JPMORGAN CHASE BANK, N.A.** <br>       Defendants. | Case No. 2:20-cv-01531 |

## ORDER

Upon the stipulation by Plaintiffs SEAN BURKE and TAMINA BURKE and Defendant JPMORGAN CHASE BANK, N.A. (ECF No. 24) for dismissal with prejudice as to Defendant JPMORGAN CHASE BANK, N.A.,

**IT IS HEREBY ORDERED** that Plaintiffs' claims, complaint, and causes of action against Defendant JPMorgan Chase Bank, N.A. in the above-captioned action are **hereby DISMISSED with prejudice** and without costs to any party. The Clerk of Court shall remove this defendant from the caption, notice list, and service list in this case.

Dated at Milwaukee, Wisconsin this 5th day of March, 2021.

                                                  s/Lynn Adelman
                                                  LYNN ADELMAN
                                                  District Judge