Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiffs
Sean and Tamina Burke

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SEAN AND TAMINA BURKE<br><br>Plaintiffs,<br><br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br><br>Defendants | Case No.: 2:20-cv-01531-LA<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiffs Sean and Tamina Burke, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss Equifax Information Services, LLC as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Equifax Information Services, LLC has neither answered Plaintiffs' Complaint,

nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: March 15, 2021　　　　　　　　　　Gale, Angelo, Johnson, & Pruett, P.C.

　　　　　　　　　　　　　　　　　By:  */s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　Sean and Tamina Burke