# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SEAN AND TAMINA BURKE<br>Plaintiff, | CASE NO. 2:20-cv-01531-LA |
| vs. | Judge: Hon. Lynn Adelman |
| TRANSUNION, LLC et. al.<br>Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANSUNION, LLC

Plaintiffs Sean and Tamina Burke ("Plaintiffs"), by counsel, and Defendant TransUnion, LLC, by counsel, pursuant to Federal Rules of Civil Procedure 41(a)(2) hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against TransUnion, LLC should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: April 8, 2021

*/s/ Elliot W. Gale*
Elliot W. Gale, Esq.
Gale Angelo Johnson & Pruett PC
*Counsel for Sean and Tamina Burke*

Date: April 8, 2021

*/s/ Sandra Davis Jansen*
Sandra Davis Jansen
Schuckit & Associates, P.C.
*Counsel for Defendant TransUnion LLC*